No. 293. RAKONICK *v.* HAMILTON BROWN SHOE CO. ET AL. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Joseph Rakonick, pro se.* No appearance for respondents.

No. 295. JAMISON *v.* WILLOUGHBY. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Inghram D. Hook* for petitioner. No appearance for respondent.

No. 299. WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. October 9, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. Paul M. Segal* for petitioner. *Solicitor General Jackson, Assistant Attorney General Arnold,* and *Messrs. Robert E. Sher, Hugh B. Cox,* and *William J. Dempsey* for respondents.

No. 304. MCKEEVER ET AL., LIQUIDATORS, ET AL. *v.* FONTENOT, U. S. COLLECTOR. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. David Paine* for petitioners. *Solicitor General Jackson* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 306. READING *v.* TRAVELERS INSURANCE CO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied